## First Pennsylvania Banking and Trust Company v. Meitner, Appellant.

Argued January 7, 1966. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*James E. O'Neill, Jr.*, with him *Rogers & O'Neill*, for appellants.

*Norman R. Bradley*, with him *Samuel Evans Ewing, 3rd*, and *Saul; Ewing, Remick & Saul*, for appellee.

OPINION PER CURIAM, March 22, 1966:
Order affirmed.